Case 3:22-cr-00395-KC *SEALED* Document 3 Filed 06/24/22 Page 1 of 1
Case 7:22-mj-08030 SEALED Document 6 Filed 04/06/22 Page 1 of 1

FILED
April 6, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: DT
      Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | EP-22-CR-00395-KC |
| Plaintiff, | § § | |
| v. | § § | **S E A L E D** |
| JOANNA CATRINA ENKELI, | § § § | **I N D I C T M E N T** |
| Defendant. | § § § § § | CT 1: 18 U.S.C. § 1542 – False Statement in an Application for Passport |

THE GRAND JURY CHARGES:

**COUNT ONE**
(18 U.S.C. § 1542)

That on or about August 22, 2012, in the Western District of Texas, Defendant,

**JOANNA CATRINA ENKELI,**

did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure for her own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that in such application Defendant falsely represented herself to be another person, by utilizing the name and date of birth of another, as well as representing the parents of the same person whose identity she fraudulently utilized as her own, in violation of Title 18 United States Code, Section 1542.

FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: _____
Assistant U.S. Attorney

FILED
April 07, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_\_\_David Trujillo\_\_\_\_\_
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | **S E A L E D** |
| Plaintiff, | § § | |
| v. | § § | |
| JOANNA CATRINA ENKELI, | § § | EP-22-CR-395-KC |
| Defendant. | § § § | |

**ORDER**

On this date came on to be considered the Government's Motion to Seal the Indictment in the above-entitled and numbered cause and the Court having considered the same is of the opinion that said Motion should be granted.

IT IS HEREBY ORDERED that the Indictment, and all related documents concerning the above named defendant in the above numbered cause, be sealed except as otherwise provided below;

IT IS FURTHER ORDERED that all of the respective documents referred to above may be **unsealed at the time of the arrest of the Defendant** for Defendant's appearance before this Court pursuant to either Rule 5 or Rule 10, Fed. R. Crim. P.;

IT IS FURTHER ORDERED that the Indictment, Motion and Order, and related documents be SEALED by the Clerk, **to be unsealed upon the arrest of the Defendant** or until further order of this Court.

SIGNED and ENTERED this \_7th\_ day of \_\_April\_\_, 2022.

UNITED STATES MAGISTRATE JUDGE